SCANNED
APR 2 1 2004
U.S. DISTRICT COURT ST. PAUL

# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 03-1061

CV01-1072 DWF/RLE

| | |
|---|---|
| Phyllis A. Engleson,<br><br>Appellant,<br><br>vs.<br><br>Little Falls Area Chamber of Commerce, a Minnesota non-profit corporation; City of Little Falls, a Minnesota municipal corporation,<br><br>Appellees,<br><br>City of Little Falls,<br><br>Cross Claimant/Appellee,<br><br>vs.<br><br>Little Falls Area Chamber of Commerce,<br><br>Cross Defendant/Appellee. | Appeal from the United States District Court for the District of Minnesota |

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

March 29, 2004

FILED 4-21-04
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D
DEPUTY CLERK VEM

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans