SCANNED
MAY 3 2004
VEM
U.S. DISTRICT COURT ST. PAUL

# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 03-1061

Phyllis A. Engleson, *
*
Appellant, *
*
vs. * Appeal from the United States
* District Court for the
* District of Minnesota
Little Falls Area Chamber of *
Commerce, etc., et al., *
*
Appellees. *

CV01-1072 DWF/RLE

Appellee City of Little Falls shall recover from the appellant the sum of $485.40 (Four Hundred Eighty-Five Dollars and Forty Cents) as taxable costs on appeal.

The clerk of the United States District Court is directed to place these costs in the previously issued mandate.

(5232-010199)

April 29, 2004

Order Entered Under Rule 27B(a):

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans