# *United States District Court*
# *District of Minnesota*
### *Third Division - St. Paul*

Clerk's Notice
In Re: Receipt of Bill of Costs

Civil Action Number: 01-1072 DWF/RLE
Title of Action: Engleson v City of Little Falls, et al

TO COUNSEL:

You are hereby notified that a Bill of Costs was filed by City of Little Falls and Little Falls Area Chamber of Commerce in the above entitled action on 5/13/04.

The briefing schedule for taxation of costs is as follows:

> Objections are to be submitted in writing within 10 days of date of this notice.
>
> A response to objections may be submitted within 5 days thereafter.

If no objections are received, costs will be taxed as submitted. If the matter of taxing costs is disposed of prior to being taxed by the Clerk, please notify the undersigned of this disposition.

DATED: May 13, 2004 RICHARD D. SLETTEN, CLERK

By ________________________________
Victoria Moralez, Deputy Clerk