**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Phyllis A. Engleson,

Plaintiff,

Civil No. 01-1072 (DWF/RLE)

v.

Little Falls Area Chamber of Commerce, a Minnesota non-profit corporation,

Defendant.

COST JUDGMENT

The costs of Defendant have been taxed and allowed by the Clerk of this Court against Plaintiff as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the Clerk | $150.00 | $150.00 |
| Fees of the Court Reporter | $894.60 | $894.60 |
| TOTAL: | $1,044.60 | $1,044.60 |

Costs, therefore, are taxed in the sum of One Thousand Forty-Four and 60/100 Dollars ($1,044.60) in favor of Defendant Little Falls Area Chamber of Commerce, and against Plaintiff Phyllis and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of June 25, 2004.

RICHARD D. SLETTEN, CLERK

By /s Brian J. Saame
Brian J. Saame
Law Clerk