**TAXATION OF COSTS SUMMARY**

Civil No. 01-1072 (DWF/RLE)

Phyllis A. Engleson,

v.

Little Falls Area Chamber of
Commerce, a Minnesota non-profit
corporation.

---

I. Fees of the Clerk

| | | | |
|---|---|---|---|
| Claimed | $150.00 | Allowed | $150.00 |

II. Fees of the Court Reporter

| | | | |
|---|---|---|---|
| Claimed | $894.60 | Allowed | $894.60 |

**TOTAL ALLOWED: $1,044.60**

Dated: June 25, 2004